

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-11-00979-CR

JORGE ALBERTO ZELAYA, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 209th District Court of Harris County.  (Tr. Ct. No. 1132280).

After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 10, 2013.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.